```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/2/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FEDERICI BRANDS LLC,

                **Plaintiff,**

-against-

FIT & GLOW HEALTHCARE PRIVATE LIMITED,

                **Defendant.**

---

**21-cv-4669 (ALC)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty days.

**SO ORDERED.**

Dated:    December 2, 2021
             New York, New York

                                        */s/ Andrew L. Carter, Jr.*
                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**